07-16-00208-209-CR

Vivian Long,

Ma'am my name is Blake Jay Smith and I am writing in regards to RE: Cause No. 70,158-E and 71,179-E: In the 108th District Court, Potter County, Texas: Appeals. Ma'am I am writing this letter and sending it to you so that I may check the current status on those two appeals. I was appointed counsel for them both (Mr. Eric Coats / 1716 S. Polk / Amarillo, Texas 79102 / Tel: (806) 374-1333 FAX: (806) 373-7773) but I am having a hard time getting ahold of him and or getting a response from him. I would just like a breif update as to whats going on with these two appeals and or to just check the "status" of them (are they still pending, have they been settled / decided on already, etc. etc.). So if its not to much trouble would you please send me a breif responce and let me Know whats going on with these two appeals. Thank you.

Thank you for your attention to this matter.

Sincerely,
Blake Smith

Blake Smith - 2075948
RT 2 Box 4400
Gatesville, Texas 76597

September 3, 2016



FILED
SEP 13 2016
SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

Blake Smith- 2075948
Hughes
RT 2. Box 4400
Gatesville, Tx. 76597

S

AUSTIN TX 787
28 SEP 2016 PM 9 L

7th Court of Appeals
c/o Clerk Vivian Long
Potter County Courts Bldg.
501 S. Filmore St. Ste 2A.
Amarillo, Tx. 79101-2449

79101-244921